

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00374-CV

JNM Express, LLC, ANCA Transport, Inc., Omega Freight Logistics, LLC, Jorge Marin, and Silvia Marin

v.

Lauro Lozano Jr. and Irene Lozano

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0571-17-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED AND RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against the party incurring the same.

We further order this decision certified below for observance.

July 3, 2025